UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-62335-AHS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    JAWIL ENTERPRISES, CORP. D/B/A MASTERS BILLIARDS
    c/o INGRID C. SALGADO, its Registered Agent
    205 S State Rd 7,
    Margate, FL 33068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brian H. Pollock, Esq.
    FairLaw Firm
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    (305) 230-4884
    brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or

Date: Dec 11, 2024

**SUMMONS**

Angela E. Noble
Clerk of Court



*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-62335-AHS

STEPHANY MONROY,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:   Javier Salgado
      7875 Margate Blvd, #201
      Margate, FL 33063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Brian H. Pollock, Esq.
      FairLaw Firm
      135 San Lorenzo Avenue
      Suite 770
      Coral Gables, FL 33146
      Tel:    (305) 230-4884
      brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 11, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Civil Action No.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-62335-AHS

STEPHANY MONROY,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

    Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

TO:    Ingrid Salgado
         7875 Margate Blvd, #201
         Margate, FL 33063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 11, 2024



Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

SUMMONS