UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62335-AHS

STEPHANY MONROY DONCEL,

      Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

      Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Stephany Monroy Doncel, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 12th day of December 2024.

s/Patrick Brooks LaRou, Esq.
Patrick Brooks LaRou, Esq.
Fla. Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
*Counsel for Plaintiff*