(...) 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 024-CV-62335

Stephany Monroy Doncel
_____
Plaintiff(s)

v.

Jawu Enterprises, Corp
dba Masters Billiards
Ingrid Salgado
_____
Defendant(s)

FILED BY __Cwe__ D.C.

JAN 13 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Answer to Complaint
### *(TITLE OF DOCUMENT)*

I, Ingrid Salgado _____ plaintiff or (defendant,) in the above styled cause,
I have no record of Stephany Monroy
Doncel ever working at place of business
referenced above. I have signed records
of the people who worked from March
14, 2024 to October 6, 2024. and no
record of Stephany Monroy Doncel. Also,
verified with manager and my other
employees and no one has heard
from a Stephany Monroy Doncel.

(Rev 10/2002) General Document

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### Certificate of Service

I _Ingrid C. Salgado_ , certify that on this date _1/13/25_ a true copy

of the foregoing document was mailed to: _____
                                              name(s) and address(es)

_____

By: _Ingrid Salgado_                          _/s/ Salgado_
Printed or typed name of Filer                Signature of Filer

_____                       _____
Florida Bar Number                            E-mail address

_____                       _____
Phone Number                                  Facsimile Number

_7875 Margate Blvd._
Street Address
_Margate, FL 33063_
City, State, Zip Code