UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62335-CIV-SINGHAL

STEPHANY MONROY DONCEL,

      Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
d/b/a MASTERS BILLIARDS,
JAVIER SALGADO, and INGRID
SALGADO,

      Defendants.

_____/

## ORDER

    **THIS CAUSE** is before the Court on a *sua sponte* review of the record. Defendant Jawil Enterprises, Corp. is an artificial entity that is not permitted to appear *pro se*; therefore, it must be represented by licensed counsel at all times. *See e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). This rule applies even where the person seeking to represent the corporation is its president and major stockholder. *Id.* No representation has been made that Jawil Enterprises has an attorney serving as its counsel who may appear before the Court. Accordingly, it is:

    **ORDERED AND ADJUDGED** that Defendant Jawil Enterprises has until **February 5, 2025** to retain counsel, who, by such date, must file a notice of appearance.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of January 2025.

Copies furnished to counsel of record via CM/ECF

cc:  Ingrid Salgado, *PRO SE*
     7875 Margate Blvd
     Margate, FL 33063

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE