UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:0:24-CV-62335-AHS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES CORP.,
d/b/a MASTERS BILLIARDS,
JAVIER SALGADO, and
INGRID SALGADO,

    Defendants.
_____/

**NOTICE OF APPEARANCE**
**AS COUNSEL OF RECORD ON BEHALF OF THE DEFENDANTS**

PLEASE TAKE NOTICE of the appearance by the undersigned counsel as the attorney of record representing Defendants, JAWIL ENTERPRISES CORP., d/b/a MASTERS BILLIARDS, JAVIER SALGADO and INGRID SALGADO in this cause. Accordingly, please forward copies of any and all further court and related documents to be filed in this action at the email address stated below.

        Respectfully submitted,

        LAW OFFICE OF
        JORGE E. HURTADO, P.A.
        Attorney for Defendants
        10101 West Sample Road
        Suite 411
        Coral Springs, FL 33065
        (954)341-2230
        jorgelegal@aol.com

        By /s/ *Jorge E. Hurtado*
          JORGE E. HURTADO, ESQ.
          FLA. BAR NO. 848440

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appearance was efiled with the Clerk of Court using the CM/ECF system on February 5, 2025 and that copies of this document will be emailed to all counsel or parties of record either via transmission created by Notice of Electronic Filing through the CM/ECF system or emailed by the undersigned.

By /s/ *Jorge E. Hurtado*
JORGE E. HURTADO, ESQ.