UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62335-SINGHAL/STRAUS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

    Plaintiff, Stephany Monroy Doncel, pursuant to the Court's Order entered January 23, 2025 [ECF No. 13], files this Statement of Claim based on the information known to her, and estimates as follows:

### *Preliminary Statement*

    This Statement of Claim is not to be construed as a demand, nor as an exact quantification of Plaintiff's damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from her employment in her possession at this time, and so she must estimate the hours she worked, the pay she received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that she is owed a total of **$3,952.50** in unpaid minimum and overtime wages.

4. Plaintiff calculated her estimate of unpaid minimum wages as follows:

| Dates Worked | Weeks Worked | Hours Worked | Florida Min. Wage | Proper Payment | Payment Received | Min. Wages Owed | Total Wages Owed |
|---|---|---|---|---|---|---|---|
| Mar. 14, 2024 - Sep. 30, 2024 | 29 | 45 hours/ week | $12.00/ hour | $540.00/ week | $500.00/ week | $40.00/ week | $1,160.00 |
| Oct. 1, 2024 - Oct. 6, 2024 | 1 | | $13.00/ hour | $585.00/ week | | $85.00/ week | $85.00 |

**Total:   $1,245.00**

5. Plaintiff calculated her estimate of unpaid overtime wages as follows:

| Dates Worked | Weeks Worked | O.T. Hours Worked | Florida Min. Wage | O.T. Rate | O.T. Wages Received | O.T. Wages Owed | Total Wages Owed |
|---|---|---|---|---|---|---|---|
| Mar. 14, 2024 - Sep. 30, 2024 | 29 | 5 hours/ week | $12.00/ hour | $18.00/ hour | $0/week | $90.00/ week | $2,610.00 |
| Oct. 1, 2024 - Oct. 6, 2024 | 1 | | $13.00/ hour | $19.50/ hour | | $97.50/ week | $97.50 |

**Total:   $2,707.50**

6. Plaintiff is claiming that she is owed minimum and overtime wages for work she performed **between March 14, 2024 and October 6, 2024**.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

7. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid minimum and overtime wages, plus reasonable attorneys' fees and costs pursuant to the FLSA.

8. Plaintiff's Statement of Claim is based on the information currently known and/or available to her.

9. Plaintiff reserves the right to amend this Statement of Claim based on additional information provided by Defendant through discovery, and/or as additional/different information becomes known.

10. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 6th day of February 2025,

> s/ Patrick Brooks LaRou
> Brian H. Pollock, Esq. (174742)
> brian@fairlawattorney.com
> Patrick Brooks LaRou, Esq. (1039018)
> brooks@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, Florida 33146
> Telephone: (305) 230-4884
> *Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*