UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62335-SINGHAL/STRAUS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 13]**

    Plaintiff, Stephany Monroy Doncel, by and through her undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order Requiring Scheduling Report, Statement of Claim and Response, and Referral to Magistrate Judge for Settlement Conference [ECF No. 13] by serving Defendants with a copy of Plaintiff's Statement of Claim [ECF No. 16], and all documents supporting Plaintiff's claims (Monroy 000001-000015) by email to Defendants' counsel on February 6, 2025.

    Respectfully submitted this 6th day of February 2025.

                                              s/ Patrick Brooks LaRou
                                              Patrick Brooks LaRou, Esq.
                                              Florida Bar No. 1039018
                                              brooks@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, Florida 33146
                                              Telephone: (305) 230-4884
                                              *Counsel for Plaintiff*

1