UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:0:24-CV-62335-SINGHAL/STRAUS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES CORP.,
d/b/a MASTERS BILLIARDS,
JAVIER SALGADO, and
INGRID SALGADO,

    Defendants.
_____/

## **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Defendants, JAWIL ENTERPRISES CORP., d/b/a MASTERS BILLIARDS, JAVIER SALGADO and INGRID SALGADO, through the undersigned counsel, disclose the following persons and entities which may have an interest in this cause:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a.    Jawil Enterprises Corp., d/b/a Masters Billiards - Defendant

    b.    Javier Salgado - Defendant

    c.    Ingrid Salgado - Defendant

    d.    Jorge E. Hurtado, Esq. - Counsel for Defendants

    e.    Law Office of Jorge E. Hurtado, P.A. - Counsel for Defendants

    f.    Stephany Gisell Monroy Doncel - Plaintiff

    g.    Patrick Brooks LaRou, Esq. - Counsel for Plaintiff

    h.    Brian H. Pollock, Esq. - Counsel for Plaintiff

    i.    Law Office of Brian H. Pollock, PA d/b/a Fair Law Firm - Counsel for Plaintiff

    j.    Spencer M. Aronfeld, Esq. - Co-counsel for Plaintiff

    k.    Aronfeld Trial Lawyers, PA - Co-counsel for Plaintiff

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known to Defendants

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known to Defendants

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Allegedly, Stephany Gisell Monroy Doncel, and only to the extent that the Plaintiff has alleged to be a victim in her complaint.

5. **Check one of the following:**

_X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted,

LAW OFFICE OF
JORGE E. HURTADO, P.A.
Attorney for Defendants
10101 West Sample Road
Suite 411
Coral Springs, FL 33065
(954)341-2230
jorgelegal@aol.com

By/s/ *Jorge E. Hurtado*
   JORGE E. HURTADO, ESQ.
   FLA. BAR NO. 848440

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Certificate of Interested Parties, was efiled with the Clerk of Court using the CM/ECF system on February 7, 2025 and that copies of this document will be emailed to all counsel or parties of record either via transmission created by Notice of Electronic Filing through the CM/ECF system or emailed by the undersigned.

By /s/ *Jorge E. Hurtado*
JORGE E. HURTADO, ESQ.
LAW OFFICE OF
JORGE E. HURTADO, P.A.