UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62335-SINGHAL/STRAUS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

    Defendants.
_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **11/03/2025 in Courtroom 110 of the U.S. Federal Building and Courthouse located at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301**. The **Calendar Call** will be held at **9:30 a.m. on Monday, 10/27/2025**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Service of initial disclosures required under Fed. R. Civ. P. 26(a) by | **02/27/2025** |
| 2. | Joinder of any additional parties and filing of motions to amend the complaint by | **04/14/2025** |
| 3. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **05/01/2025** |
| 4. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **05/01/2025** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **05/15/2025** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **03/14/2025** |

| | | |
|---|---|---|
| 7. | Fact discovery shall be completed by | **06/27/2025** |
| 8. | Expert discovery shall be completed by | **06/27/2025** |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **07/25/2025** |
| 10. | Mediation shall be completed by | **07/03/2025** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **09/04/2025** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **10/24/2025** |

**By:**

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Jorge E. Hurtado
Jorge E. Hurtado, Esq. (848440)
jorgelegal@aol.com
LAW OFFICE OF
JORGE E. HURTADO P.A.
10101 W. Sample Road, Suite 411
Coral Springs, Florida 33065
Telephone: (954) 341-2230
*Counsel for Defendants*