UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:0:24-CV-62335-AHS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES CORP.,
d/b/a MASTERS BILLIARDS,
JAVIER SALGADO, and
INGRID SALGADO,

    Defendants.
_____/

**AGREED MOTION FOR EXTENSION OF TIME TO FILE AMENDED
ANSWER AND RESPONSE TO STATEMENT OF CLAIM**

Defendants, JAWIL ENTERPRISES CORP., d/b/a MASTERS BILLIARDS, JAVIER SALGADO and INGRID SALGADO, through the undersigned attorney, respectfully request the Court to enter an order granting additional time to file an amended answer and response to Statement of Claim in this cause, and in support state as follows:

1. Defendants are required to file their Response to Plaintiff's Statement of Claim by February 20, 2024 and also need to file an Amended Answer in this case.

2. The undersigned counsel's dear oldest brother passed away several days ago in Orlando, Florida and the undersigned's beloved wife also passed away several weeks ago in Coral Springs, Florida.

3. The undersigned has been under a great, painful stress as a result of his personal losses and needs a two-week extension in order to get caught up in this case. It is respectfully requested that this motion be considered on an expedited basis.

4.      On the date of filing this motion, the undersigned spoke with opposing counsel, Brian H. Pollock, who stated that he does not oppose this motion under the circumstances.

WHEREFORE, it is respectfully requested that the Court grant the motion for extension fo time and enter an order allowing an additional two weeks within which to file said responsive pleadings.

Respectfully submitted,

LAW OFFICE OF
JORGE E. HURTADO, P.A.
Attorney for Defendants
10101 West Sample Road
Suite 411
Coral Springs, FL 33065
(954)341-2230
jorgelegal@aol.com

By /s/ *Jorge E. Hurtado*
    JORGE E. HURTADO, ESQ.
    FLA. BAR NO. 848440

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Extension of time was efiled with the Clerk of Court using the CM/ECF system on February 19, 2025 and that copies of this document will be emailed to all counsel or parties of record either via transmission created by Notice of Electronic Filing through the CM/ECF system or emailed by the undersigned.

By /s/ *Jorge E. Hurtado*
    JORGE E. HURTADO, ESQ.