UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62335-SINGHAL/STRAUS

STEPHANY MONROY DONCEL,

 Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
D/B/A MASTERS BILLIARDS,
JAVIER SALGADO, AND
INGRID C. SALGADO,

 Defendants.
_____/

## JOINT NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 20]

 Plaintiff Stephany Monroy and Defendants Jawil Enterprises, Corp. d/b/a Masters Billiards, Javier Salgado, and Ingrid C. Salgado (collectively, the "Parties"), by and through their respective undersigned counsel, hereby notify the Court that the Parties have complied with the Court's Order Setting Settlement Conference Via Zoom [ECF No. 20] by conferring regarding the facts and legal issues of this case, the documents produced by the Parties pursuant to the Court's Order in FLSA Actions [ECF No. 13], and the potential for settlement.

 Respectfully submitted this 14th day of March 2025.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Jorge E. Hurtado |
| Patrick Brooks LaRou, Esq. | Jorge E. Hurtado, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 848440 |
| brooks@fairlawattorney.com | jorgelegal@aol.com |
| FAIRLAW FIRM | LAW OFFICE OF JORGE E. HURTADO, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 10101 W. Sample Road, Suite 411 |
| Coral Gables, Florida 33146 | Coral Springs, Florida 33065 |
| Telephone: (305) 230-4884 | Telephone: (954) 341-2230 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |