UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-62335-SINGHAL/STRAUSS

**STEPHANY MONROY DONCEL,**

    Plaintiff,

v.

**JAWIL ENTERPRISES, CORP.**, *et al.*,

    Defendants.

_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court *sua sponte*. On February 14, 2025, the Court ordered all parties to submit a Confidential Settlement Statement, via email, to the Court by March 14, 2025. [DE 20]. To date, Defendants have not submitted their Confidential Settlement Statement.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Defendants must submit their Confidential Settlement Statement to the Court by **tomorrow, March 18, 2025**. Failure to do so may result in sanctions.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of March 2025.

Jared M. Strauss
United States Magistrate Judge