UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62335-SINGHAL/STRAUS

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
d/b/a MASTERS BILLIARDS,
JAVIER SALGADO, and
INGRID C. SALGADO,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Robyn S. Hankins, Esq. on June 5, 2025, at 10:00 a.m. via Zoom videoconference.

ENTERED this ___ day of _____, 20 ___.

                                          _____
                                          U.S. District Judge

Copies furnished:
All counsel of record