UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-62335-SINGHAL/STRAUSS

**STEPHANY MONROY DONCEL,**

    Plaintiff,

v.

**JAWIL ENTERPRISES, CORP.**, *et al.*,

    Defendants.
_____/

## REPORT ON SETTLEMENT CONFERENCE

The parties and their counsel having appeared before the undersigned for a Settlement Conference on March 21, 2025, and having met in a good faith effort to resolve this matter, it is hereby **REPORTED** that the parties were able to come to a resolution of the outstanding claims.

**DONE AND SUBMITTED** in Fort Lauderdale, Florida this 21st day of March 2025.

*/s/ Jared Strauss*
Jared M. Strauss
United States Magistrate Judge