UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62335-CIV-SINGHAL

STEPHANY MONROY DONCEL,

    Plaintiff,

v.

JAWIL ENTERPRISES, CORP. d/b/a MASTERS BILLIARDS, JAVIER SALGADO, and INGRID C. SALGADO,

    Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Joint Notice of Mediator Selection (DE [29]). The Court having considered the Joint Notice and being otherwise duly informed, it is hereby:

**ORDERED AND ADJUDGED** that the parties shall appear for mediation before Robyn S. Hankins on **June 5, 2025**, at **10:00 a.m.** The Mediation will take place by remote videoconference. All parties and counsel must appear. A mediation report shall be filed by **June 12, 2025.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF