UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62335-CIV-SINGHAL

STEPHANY MONROY DONCEL,

    Plaintiff,

v.

JAWIL ENTERPRISES, CORP., et al.,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Report on Settlement Conference (DE [31]) filed on March 21, 2025, stating that the parties were able to come to a resolution of the outstanding claims. The Court having carefully reviewed the file and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a joint stipulation of dismissal on or by **April 24, 2025**. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**, and all deadlines and hearings are hereby **CANCELED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF