UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62335-SINGHAL

STEPHANY MONROY DONCEL,

    Plaintiff,

vs.

JAWIL ENTERPRISES, CORP.
d/b/a MASTERS BILLIARDS,
JAVIER SALGADO, and
INGRID C. SALGADO,

    Defendants.
_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Stephany Monroy, and Defendants, Jawil Enterprises, Corp. d/b/a Masters Billiards, Javier Salgado, and Ingrid C. Salgado, through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41, jointly stipulate to dismissal of this action **with prejudice *upon condition* that the Court enter an Order retaining jurisdiction for 60 days for enforcement**.

    Respectfully submitted on this 18th day of April 2025.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Jorge E. Hurtado |
| Patrick Brooks LaRou, Esq. | Jorge E. Hurtado, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 848440 |
| brooks@fairlawattorney.com | jorgelegal@aol.com |
| FAIRLAW FIRM | LAW OFFICE OF JORGE E. HURTADO, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 10101 W. Sample Road, Suite 411 |
| Coral Gables, Florida 33146 | Coral Springs, Florida 33065 |
| Telephone: (305) 230-4884 | Telephone: (954) 341-2230 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |