UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62335-CIV-SINGHAL

STEPHANY MONROY DONCEL,

    Plaintiff,

v.

JAWIL ENTERPRISES, CORP. d/b/a MASTERS BILLIARDS, JAVIER SALGADO, and INGRID C. SALGADO,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** has come before the Court on the Joint Stipulation for Dismissal with Prejudice (DE [34]) filed by the parties on April 18, 2025. The Court having reviewed the Stipulation and being otherwise duly informed therein, it is hereby:

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of April 2025.

                                                _____
                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF